**Leroy CARMAN, Jr., Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

No. 01-7914.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2002.

Decided April 1, 2002.

Leroy Carman, Jr., Appellant Pro Se. Stephen Matthew Schenning, United States Attorney, Allen F. Loucks, Office of the United States Attorney, Baltimore, Maryland, for Appellee.

Before WILLIAMS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Leroy Carman appeals the district court's orders granting summary judgment to Defendant in this action filed pursuant to the Federal Tort Claims Act and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Carman v. United States,* No. CA-01-1582-MJG (D. Md. Oct. 26 and Nov. 8, 2001). We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*